UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>                              Plaintiff,<br><br>v.<br><br>NVA LLC,<br><br>                              Defendant. | Case No.: 24-CV-1551 W (MMP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 9]** |

Pending before the Court is a joint motion to dismiss the entire case with prejudice. Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 9] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  December 20, 2024

_____
Hon. Thomas J. Whelan
United States District Judge